UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| DEBORAH WHEATLEY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 1:09-cv-264 |
| v. | ) ) | *Collier / Lee* |
| FARM CREDIT SERVICES OF MID-AMERICA, FLCA | ) ) ) ) | |
| Defendants. | ) | |

ORDER AND NOTICE OF HEARING

Before the Court is the motion of attorney John C. Cavett, Jr. to withdraw as counsel of record for Plaintiff Deborah Wheatley [Doc. 29]. Attorney Cavett's motion does not reflect that he has fully complied with the requirements set forth in E.D. TN. LR 83.4(f) for the withdrawal of an attorney of record. A hearing on the motion is hereby set for **Friday, August 13, 2010 at 9:00 a.m. [EASTERN] before Magistrate Judge Susan K. Lee in Chattanooga, Tennessee at the United States Courthouse and Federal Building, 900 Georgia Avenue, 4th Floor Courtroom**.[1] Attorney

---

[1] The Court is not required to record hearings on non-dispositive motions. Counsel desiring the presence of a court reporter should make their own arrangements. If you intend to present testimony for the Court's consideration, please notify opposing counsel and contact chambers at least 24 hours in advance of the hearing so the Court can arrange for an official court reporter. Should it be impossible for counsel or a party to participate in the hearing on the scheduled date and time, counsel should confer with opposing counsel regarding a potential alternative date and time and then contact Judge Lee's chambers at (423) 752-5230 or *lee_chambers@tned.uscourts.gov* to determine whether the hearing will be rescheduled.

Cavett must comply fully with E.D. TN. LR 83.4(f) or his motion may be denied without prejudice to refiling an appropriate motion in full compliance with the local rule.

        SO ORDERED.

        ENTER:

                                      s/*Susan K. Lee*
                                      SUSAN K. LEE
                                      UNITED STATES MAGISTRATE JUDGE